# UNITED STATES DISTRICT COURT

Eastern **District of** California

ROCIO CARABANTES, an individual,
Plaintiff (s),

V.

AMAZON.COM SERVICES LLC; and,
DOES 1 to 100, inclusive,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:26-cv-05520

Notice is hereby given that, subject to approval by the court, AMAZON.COM SERVICES LLC substitutes
(Party (s) Name)

Julia M. Martin, State Bar No. 353664 as counsel of record in place
(Name of New Attorney)

place of Kaneem A. Thornton State Bar No. 361782.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Ashurst Perkins Coie US LLP

Address: 1999 Avenue of the Stars, Suite 1000, Los Angeles, California 90067-6022

Telephone: 310.788.9900 Facsimile 310.788.3399

E-Mail (Optional): julia.martin@ashurstperkins.com

I consent to the above substitution.

Date: October 7, 2026

Signed by: Kate Brown
039472085852475...
(Signature of Party (s))

I consent to being substituted.

Date: October 6, 2026

Kaneem A. Thornton
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: October 6, 2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 14, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**